# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| JAMES GLEN DICKINSON, | Civil No. 9:18-cv-00151-DLC-JCL |
| Plaintiff, | |
| vs. | ORDER |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the case be

REVERSED and REMANDED for further administrative proceedings including a

*de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the

Appeals Council will remand the case to an administrative law judge (ALJ), who

shall update the medical records, offer Plaintiff the opportunity for a hearing, and

issue a new decision. The ALJ shall also:

- Reevaluate the medical opinion evidence, in particular the 2017 medical report from Dr. Erbe;
- Reevaluate Plaintiff's residual functional capacity; and
- If necessary, obtain supplemental vocational expert evidence to clarify the effects of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

1

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

DATED this 26th day of April, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge