UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JAMES GLENN DICKINSON,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. CV-18-151-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the case be REVERSED and REMANDED for further administrative proceedings.

Dated this 26th day of April, 2019.

TYLER P. GILMAN, CLERK

By: /s/ A. Puhrmann
A. Puhrmann, Deputy Clerk